UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP CARNEY,<br><br>                    Plaintiff,<br><br>v.<br><br>INTERNATIONAL CAPITAL GROUP, ICG ASIA FINANCE LIMITED, ICG USA, LLC, "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS), LARRY RUSSELL, and BRIAN NORD,<br><br>                    Defendants. | Case No. 1:21-cv-00183-NRB<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS INTERNATIONAL CAPITAL GROUP, ICG ASIA FINANCE LIMITED, AND ICG USA, LLC** |

This action having been commenced by Plaintiff Philip Carney ("Plaintiff") on January 8, 2021, by the filing of the Summons and Complaint, with a corrected copy of the Complaint having been filed by Plaintiff on February 1, 2023 (the "Complaint," DI 5) and a copy of the Summons and Complaint having been served on all defendants, including defendants International Capital Group, ICG Asia Finance Limited, and ICG USA, LLC (collectively, the "Corporate Defendants"), on March 12, 2021, by way of stipulation signed by Brian Nord, the Corporate Defendants' representative, and an acknowledgement of service having been filed with the Court on March 19, 2021 (DI 17), and the Corporate Defendants not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk having entered default against defendants International Capital Group (DI 21), ICG Asia Finance Limited (DI 22), and ICG USA, LLC (DI 23), it is:

**ORDERED, ADJUDGED, AND DECREED** that judgment be and is hereby entered against each of the Corporate Defendants, jointly and severally, in the liquidated amount of $525,139.64 with interest at 9% per annum, from April 15, 2016 through June 30, 2023, in the amount of $451,968.55, plus costs for filing the Complaint in this matter, of $402.00, for a total

judgment of $977,210.17 against the Corporate Defendants, jointly and severally, in favor of Plaintiff.

Dated: New York, New York

        _____, 2023

                                        _____
                                        NAOMI REICE BUCHWALD, U.S.D.J.

This document was entered on the docket on _____.