## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP CARNEY,<br><br>                Plaintiff,<br><br>v.<br><br>INTERNATIONAL CAPITAL GROUP, ICG ASIA FINANCE LIMITED, ICG USA, LLC, "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS), LARRY RUSSELL, and BRIAN NORD,<br><br>                Defendants. | Case No. 1:21-cv-00183-NRB<br><br>**FINAL JUDGMENT AGAINST DEFENDANTS BRIAN NORD AND LARRY RUSSEL** |

This action having come before this Court on a motion for partial summary judgment seeking to pierce the corporate veil of the corporate defendants, and this Court having considered the papers and oral argument, if any, and this Court having found that there are no material issues of fact presented and that the Plaintiff is entitled to Judgment as a matter of Law, and the Court further finding that it is appropriate to pierce the corporate veil of the corporate defendants, and this Court having already entered default judgment against the corporate defendants, and it further appearing to the Court that the General Release that forms the basis for Plaintiff's causes of action contains a prevailing party attorneys fee provision, and Plaintiff having represented to this Court that he would agree to dismiss the remaining Counts in the Complaint without prejudice upon the granting of the relief sought herein so that a final judgment may be entered by this Court, and for good cause shown, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Partial Summary Judgment to pierce the corporate veil of the corporate defendants is hereby **GRANTED**; and it is further

**ORDERED, ADJUDGED, AND DECREED** that final judgment be and is hereby entered on Counts 1 and 6 against Defendants Brian Nord and Larry Russell, jointly and severally, in the liquidated amount of $525,139.64 with interest at 9% per annum, from April 15, 2016 through June 30, 2023, in the amount of $451,968.55, plus costs for filing the Complaint in this matter, of $402.00, for a total judgment of $977,210.17, in favor of Plaintiff, and it is further

**ORDERED, ADJUDGED, AND DECREED**, based on the representation of Plaintiff referenced above, all remaining counts in the Complaint be and they are hereby dismissed without prejudice, and it is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff as a prevailing party is entitled to make application for Attorneys Fees. Counsel for Plaintiff shall submit an Affidavit of Services within seven (7) days of the date hereof, on notice to Defendants Brian Nord and Larry Russell, and the Court shall in due course render its decision on the quantum of fees and costs which it deems reasonable, and it is further

**ORDERED, ADJUDGED, AND DECREED** that a copy of this Order shall be served on all parties within seven (7) days of the date it is received by counsel for Plainitff.

Dated: New York, New York

_____, 2023

_____
NAOMI REICE BUCHWALD, U.S.D.J.

This document was entered on the docket on _____.